No. 3932.—ALFREDO CAMPOS, demandante y apelado, *v.* THE PHOENIX INS. Co., demandada y apelante. Cobro de póliza. Jun. 26, 1926. C. D. Ponce. Examinados la moción de desestimación presentada en este caso, la oposición

a la misma y los documentos acompañados a la una y a la otra, por los motivos consignados en la resolución de junio 22 actual dictada en el caso de *Farinacci* v. *The Niagara Fire Ins. Co.*, y visto además lo resuelto en el día de hoy en el caso No. 517, *Alfredo Campos* v. *La Corte de Distrito de Ponce,* sobre *certiorari,* (página 621), se declara no haber lugar a la desestimación del recurso.